# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

FEED.ING BV,

    **Plaintiff,**

    **v.**          Case No. 14-C-1241

**PRINCIPLE SOLUTIONS, LLC;
PRINCIPLE INVESTMENTS, INC.;
KEVIN M. ZIMMER; GCAM, LLC;
GCAM-R, LLC; KEVIN M. ZIMMER
AND AMY E. ZIMMER REVOCABLE
TRUST; and KEVIN ZIMMER AND
AMY ZIMMER IN THEIR
CAPACITY AS TRUSTEES OF THE
KEVIN M. ZIMMER AND AMY
E. ZIMMER REVOCABLE TRUST,**

    **Defendants,**

**and**

**COMMERCE STATE BANK**

    **Intervenor.**

---

# DECISION AND ORDER

---

This Decision and Order addresses Defendant Principle Solutions, LLC's ("Principle") motion to strike allegations from the Amended Complaint and to dismiss the Amended Complaint for failure to state a claim (ECF No. 83) and a sealing issue as to the Amended Complaint in the wake of the Court's January 8, 2015, Decision and Order (ECF No. 86)

denying Principle's prior motion to strike and dismiss the Complaint and unsealing the Complaint. The decision stated that the Court's ruling applied to any identical information contained in the Amended Complaint but that the Amended Complaint would remain under seal until the parties filed a statement indicating whether there was additional information in that complaint that should be sealed because it was produced under the protective order issued in *Principle Solutions, LLC. v. Feed.ing B.V. et al,* Case No. 13-C-223 (E.D. Wis.) (the "223 protective order").

On January 15, the parties filed a joint statement indicating that the Amended Complaint does not contain any additional information that Principle contends should be sealed. (ECF No. 87). Therefore, the Amended Complaint must be unsealed and filed in the public record. Furthermore, for the reasons stated in the January 8 Decision and Order, Principle's motion to strike and dismiss the Amended Complaint is denied.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Clerk of Court is **DIRECTED TO FILE** the Amended Complaint (ECF No. 81-3) in the public record;

Principle's motion to strike all allegations in the Amended Complaint as being in violation of the 223 protective order and to dismiss

the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 83) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2015.

BY THE COURT:

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**